IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK DOYLE, DANIEL HOULIHAN, MICHAEL PADALINO, JOHN PIGOTT, EUSEBIO RAZO, VERONICA RODRIGUEZ, RICHARD SOTO, and CAROL WEINGART, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 12-CV-6377 |
| v. | ) ) | JUDGE LEINENWEBER |
| THE CITY OF CHICAGO, BRIAN THOMPSON, Individually, and TERRY HILLARD, Individually, | ) ) ) | |
| Defendants. | ) | |

**STIPULATION REGARDING EXHIBITS INTRODUCED AT TRIAL FOR PURPOSES OF RECORD ON APPEAL**

NOW COME the Parties, by and through their respective attorneys, and hereby submit this Stipulation Regarding Exhibits Introduced at Trial ("Stipulation"):

1. The purpose of this Stipulation is to clarify the record on appeal in this matter.

2. The Parties agree that each of the exhibits attached hereto was introduced and admitted into evidence during the trial in this matter in June 2016 and was entered into the district court record.

3. The exhibits attached hereto are as follows:

    - Exhibit 1 is a true and correct copy of Plaintiffs' Exhibit ("PX") 1;
    - Exhibit 2 is a true and correct copy of PX 2;
    - Exhibit 3 is a true and correct copy of PX 3;
    - Exhibit 4 is a true and correct copy of PX 4;
    - Exhibit 5 is a true and correct copy of PX 5;
    - Exhibit 6 is a true and correct copy of PX 7;

- Exhibit 7 is a true and correct copy of PX 10;
- Exhibit 8 is a true and correct copy of PX 12;
- Exhibit 9 is a true and correct copy of PX 14;
- Exhibit 10 is a true and correct copy of PX 15;
- Exhibit 11 is a true and correct copy of PX 16;
- Exhibit 12 is a true and correct copy of PX 18;
- Exhibit 13 is a true and correct copy of PX 19;
- Exhibit 14 is a true and correct copy of PX 20;
- Exhibit 15 is a true and correct copy of PX 22;
- Exhibit 16 is a true and correct copy of PX 26;
- Exhibit 17 is a true and correct copy of PX 46;
- Exhibit 18 is a true and correct copy of PX 53;
- Exhibit 19 is a true and correct copy of PX 55;
- Exhibit 20 is a true and correct copy of PX 62;
- Exhibit 21 is a true and correct copy of PX 63;
- Exhibit 22 is a true and correct copy of PX 64;
- Exhibit 23 is a true and correct copy of PX 68;
- Exhibit 24 is a true and correct copy of PX 69;
- Exhibit 25 is a true and correct copy of PX 70;
- Exhibit 26 is a true and correct copy of PX 73;
- Exhibit 27 is a true and correct copy of PX 74;
- Exhibit 28 is a true and correct copy of PX 75;
- Exhibit 29 is a true and correct copy of PX 76;

- Exhibit 30 is a true and correct copy of PX 77;
- Exhibit 31 is a true and correct copy of PX 80;
- Exhibit 32 is a true and correct copy of PX 81;
- Exhibit 33 is a true and correct copy of PX 86;
- Exhibit 34 is a true and correct copy of PX 87;
- Exhibit 35 is a true and correct copy of PX 90;
- Exhibit 36 is a true and correct copy of PX 92;
- Exhibit 37 is a true and correct copy of PX 94;
- Exhibit 38 is a true and correct copy of PX 97;
- Exhibit 39 is a true and correct copy of PX 99;
- Exhibit 40 is a true and correct copy of PX 102;
- Exhibit 41 is a true and correct copy of PX 105
- Exhibit 42 is a true and correct copy of PX 106;
- Exhibit 43 is a true and correct copy of PX 107;
- Exhibit 44 is a true and correct copy of PX 109;
- Exhibit 45 is a true and correct copy of PX 110;
- Exhibit 46 is a true and correct copy of PX 111;
- Exhibit 47 is a true and correct copy of PX 113;
- Exhibit 48 is a true and correct copy of PX 114;
- Exhibit 49 is a true and correct copy of PX 115;
- Exhibit 50 is a true and correct copy of PX 116;
- Exhibit 51 is a true and correct copy of PX 120;
- Exhibit 52 is a true and correct copy of PX 138;

- Exhibit 53 is a true and correct copy of PX 139;

- Exhibit 54 is a true and correct copy of PX 140;

- Exhibit 55 is a true and correct copy of Defense Exhibit ("DX") 8;

- Exhibit 56 is a true and correct copy of DX 9

- Exhibit 57 is a true and correct copy of DX 21;

- Exhibit 58 is a true and correct copy of DX 22;

- Exhibit 59 is a true and correct copy of DX 28;

- Exhibit 60 is a true and correct copy of DX 30;

- Exhibit 61 is a true and correct copy of DX 35;

- Exhibit 62 is a true and correct copy of DX 72;

- Exhibit 63 is a true and correct copy of DX 74;

- Exhibit 64 is a true and correct copy of DX 81;

- Exhibit 65 is a true and correct copy of DX 82;

- Exhibit 66 is a true and correct copy of DX 84;

- Exhibit 67 is a true and correct copy of DX 85;

- Exhibit 68 is a true and correct copy of DX 86.

Date: March 1, 2017                              Respectfully submitted,

                                                   /s/ Richard E. Nowak
Vincent J. Connelly
Richard E. Nowak
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

*Attorney for Defendants*

/s/ Jonathan R. Ksiazek

Ed Fox & Associates
300 W. Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 1, 2017 a true and correct copy of the foregoing **Stipulation Regarding Exhibits Introduced at Trial** was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System.

/s/ Richard E. Nowak
Richard E. Nowak
