# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



## NOTICE OF ISSUANCE OF MANDATE

October 2, 2017

To:      Thomas G. Bruton
           UNITED STATES DISTRICT COURT
           Northern District of Illinois
           Chicago , IL 60604-0000

| | |
|---|---|
| No. 16-2949 | DANIEL HOULIHAN, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:12-cv-06377<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| Sealed Envelopes: | 1 |
| PARTIAL RECORD RETURN | Record to be returned later |
| Sealed Envelopes to be returned later: | 1 |

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 121.50 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 10/02/2017 |
| If PARTIAL RECORD RETURN: | Record to be returned later |

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                          **Received by:**

_____                    _____

form name: **c7_Mandate**(form ID: **135**)